**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ARIAN BIBA,

      Plaintiff,

vs.                                                         Case No. 3:06-cv-60-J-32MCR

U.S. DEPARTMENT OF
HOMELAND SECURITY, etc., et al.,

      Defendants.

_____

**ORDER**[1]

This case is before the Court on Plaintiff's Petition for Review of a Final Administrative United States Citizenship and Immigration Services ("US CIS") Denial of Naturalization (Doc. 1). The assigned United States Magistrate Judge held a preliminary hearing on the motion followed by an evidentiary hearing and has now issued a Report and Recommendation (Doc. 11), which recommends that the US CIS's denial of plaintiff's application for naturalization be reversed and the case remanded with instructions to approve plaintiff's application. No party filed any objections to the Magistrate Judge's Report and Recommendation and the time in which to do so has now passed.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Accordingly, upon <u>de novo</u> review and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 11), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 11) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Petition for Review of a Final Administrative United States Citizenship and Immigration Services ("US CIS") Denial of Naturalization (Doc. 1) is **GRANTED**.

3. The US CIS's denial of plaintiff Arian Biba's application for naturalization is **REVERSED** and this case is **REMANDED** to the CIS which is instructed to approve plaintiff's application. The Clerk is directed to enter judgment in favor of plaintiff and against defendants and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of July, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record